UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEVADA IRRIGATION DISTRICT,<br><br>   Plaintiff,<br><br>v.<br><br>EILEEN SOBECK, Executive Director of the California State Water Resources Control Board, in her official capacity,<br><br>E. JOAQUIN ESQUIVEL, Chair of the California State Water Resources Control Board, in his official capacity,<br><br>DORENE D'ADAMO, Vice Chair of the California State Water Resources Control Board, in her official capacity,<br><br>TAM M. DODUC, Member of the California State Water Resources Control Board, in her official capacity,<br><br>SEAN MAGUIRE, Member of the California State Water Resources Control Board, in his official capacity,<br><br>LAUREL FIRESTONE, Member of the California State Water Resources Control Board, in her official capacity,<br><br>and CALIFORNIA STATE WATER RESOURCES CONTROL BOARD,<br><br>   Defendants. | Civil Action No. 20-cv-03523-TNM |

**STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE
IN SUPPORT OF NEVADA IRRIGATION DISTRICT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

1

In support of its Motion for Partial Summary Judgment on Count I of its Complaint, Nevada Irrigation District hereby submits its Statement of Material Facts Not in Genuine Dispute in support thereof, as follows:

1. On March 15, 2012, Nevada Irrigation District filed an application for a Clean Water Act ("CWA") section 401 water quality certification for the Federal Energy Regulatory Commission ("FERC") relicensing of its Yuba-Bear Hydroelectric Project, FERC Project No. 2266 ("Yuba-Bear Project") with the California State Water Resources Control Board ("California Water Board"), and the California Water Board received the application on the same day. Compl. ¶ 37 (Dec. 4, 2020), ECF No. 1; California Water Board Motion at 5 (Feb. 8, 2021), ECF No. 8; Declaration of Greg Jones ¶ 3 ("Jones Decl.").

2. On March 1, 2013, Nevada Irrigation District withdrew and resubmitted its application for 401 certification. Compl. ¶ 39; California Water Board Motion at 5; Jones Decl. ¶ 3.

3. In its May 17, 2013 Draft Environmental Impact Statement, FERC noted that the California Water Board's decision on the application for 401 certification was due by March 1, 2014. Compl. ¶ 40.

4. Nevada Irrigation District withdrew and resubmitted its application for 401 certification at the direction of the California Water Board again in 2014, 2015, 2016, 2017, and 2018. Compl. ¶ 42; California Water Board Motion at 5; Jones Decl. ¶¶ 3, 5.a.

5.  On January 25, 2019, the U.S. Court of Appeals for the D.C. Circuit issued a decision in *Hoopa Valley Tribe v. FERC*, 913 F.3d 1099, 1103-04 (D.C. Cir. 2019).  Compl. ¶ 43; California Water Board Motion at 5.

6.  Also on January 25, 2019, Defendant Sobeck, the California Water Board's Executive Director, issued a letter (Exhibit 1 to the Complaint) denying without prejudice Nevada Irrigation District's CWA section 401 application for a water quality certification for the Yuba-Bear Project's relicensing by FERC.  Compl. ¶ 44; California Water Board Motion at 5; Jones Decl. ¶ 3.

7.  Since Defendant Sobeck's January 25, 2019 denial without prejudice of Nevada Irrigation District's CWA section 401 application for a water quality certification, Nevada Irrigation District did not file a new request for a CWA section 401 certification for the Yuba-Bear Project. Compl. ¶ 45; California Water Board Motion at 5; Jones Decl. ¶ 3.

8.  On February 19, 2019, Nevada Irrigation District filed a request for a FERC determination that the California Water Board waived its certification authority under CWA section 401 for the relicensing of the Yuba-Bear Project, citing, *inter alia*, *Hoopa Valley Tribe v. FERC*, *supra*.  Compl. ¶ 46; California Water Board Motion at 5.

9.  On April 16, 2020, FERC issued an Order finding that the California Water Board had waived its certification authority under section 401 of the CWA.  *Nev. Irrigation Dist.*, 171 FERC ¶ 61,029 (2020); Compl. ¶ 47; California Water Board Motion at 5.

3

10. On May 15, 2020, the California Water Board filed a request for rehearing of FERC's waiver determination. Compl. ¶ 48; California Water Board Motion at 5.

11. On July 21, 2020, FERC issued an Order Addressing Arguments Raised on Rehearing, affirming its waiver determination and rejecting the California Water Board's arguments. *Nev. Irrigation Dist.*, 172 FERC ¶ 61,082 (2020); Compl. ¶ 49; California Water Board Motion at 5.

12. On August 14, 2020, the California Water Board Executive Director, Defendant Sobeck, issued a purported water quality certification (Exhibit 2 to the Complaint) under section 401 of the CWA, 33 U.S.C. § 1341(a)(1), for the Yuba-Bear Project. Compl. ¶ 53; California Water Board at 5; Jones Decl., ¶¶ 3, 5.c.

13. At the time that the California Water Board issued the 401 certification, Nevada Irrigation District did not have an application for such a certification pending before the California Water Board. Compl. ¶¶ 45, 150; California Water Board Motion at 5; Jones Decl. ¶ 3.

14. FERC's waiver decision is currently under review by the U.S. Court of Appeals for the Ninth Circuit. *Cal. State Water Res. Control Bd. v. FERC*, No. 20-72432 (9th Cir. filed Aug. 14, 2020) and *S. Yuba River Citizens League v. FERC*, No. 20-72452 (9th Cir. filed Aug. 17, 2020) (consolidated). Compl. ¶ 50. Under the Court of Appeals' current scheduling order, Petitioners' opening brief is due on April 16, 2021, FERC's brief is due on May 17, 2021, Nevada Irrigation District's intervenor's brief is due on June 1, 2021, and Petitioners' optional reply brief is due 28 days after service of FERC's brief. California Water Board Motion at 7–8.

Respectfully submitted this 10th day of February, 2021.

By: */s/ Michael F. McBride*
Michael F. McBride, DC # 243998
Michael A. Swiger, DC # 367307
Jenna R. Mandell-Rice, DC # 1021549
Ani Esenyan, DC # 1670956

VAN NESS FELDMAN LLP
1050 Thomas Jefferson Street, NW
Washington, DC 20007
Phone: 202-298-1800
mfm@vnf.com
mas@vnf.com
jrm@vnf.com
axe@vnf.com

*Attorneys for Nevada Irrigation District*