UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVADA IRRIGATION DISTRICT,<br><br>                Plaintiff,<br><br>   v.<br><br>EILEEN SOBECK, in her official capacity as Executive Director of the California State Water Resources Control Board, et al.,<br><br>                Defendants. | Case No. 2:21-CV-00851 JAM-CKD<br><br>RELATED CASE ORDER |
| YUBA COUNTY WATER AGENCY,<br><br>                Plaintiff,<br><br>   v.<br><br>EILEEN SOBECK, in her official capacity as Executive Director of the California State Water Resources Control Board, et al.,<br><br>                Defendants. | Case No. 2:21-CV-00861 WBS-KJN |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for

1

the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:21-CV-00861 WBS-KJN be reassigned to Judge John A. Mendez and Magistrate Judge Carolyn Delaney for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:21-CV-00861 JAM-CKD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 24, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE