1  ROB BONTA
   Attorney General of California
2  ERIC M. KATZ
   Supervising Deputy Attorney General
3  JENNIFER KALNINS TEMPLE, State Bar No. 258637
   KRISTIN K. MCCARTHY, State Bar No. 328196
4  Deputy Attorneys General
     300 South Spring Street, Suite 1702
5    Los Angeles, CA 90013
     Telephone: (213) 269-6324
6    Fax: (916) 731-2128
     E-mail: Jennifer.KalninsTemple@doj.ca.gov
7  *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEVADA IRRIGATION DISTRICT,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**ERIC OPPENHEIMER, in his official capacity as Executive Director of the California State Water Resources Control Board,**<br><br>                    Defendant. | 2:21-cv-00851-DJC-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Judge:         Hon. Daniel J. Calabretta<br><br>Action Filed: 12/04/2020 |

**STIPULATION**

WHEREAS on December 4, 2020, Plaintiff Nevada Irrigation District (NID) filed its Complaint;

WHEREAS on September 22, 2021, Defendants Eileen Sobeck, et al., filed a Motion to Dismiss, or, in the alternative, Motion to Stay Plaintiff's Complaint on the grounds that this Court lacks jurisdiction to hear NID's claims because NID's claims are not ripe, because NID lacks Article III standing, and because the Eleventh Amendment immunizes Defendants from suit in federal court (ECF No. 37);

WHEREAS on December 6, 2023, the Court granted the motion in part and denied it in part (ECF No. 72) granting NID leave to amend within 30 days of the issuance of that Order;

WHEREAS NID filed a First Amended Complaint on January 5, 2024, which, among other things, substituted the State Water Resources Control Board's new Executive Director Eric Oppenheimer for the now-retired former Executive Director Eileen Sobeck;

WHEREAS pursuant to rule 144 of the Local Rules the court approved the parties' first stipulation extending the deadline for Defendant's responsive pleading to February 2, 2024;

WHEREAS Defendant is evaluating whether to file a motion to dismiss the First Amended Complaint;

WHEREAS the State Water Resources Control Board (State Water Board) intends to take public action on NID's administrative petition for reconsideration filed September 10, 2020, in the next 60-90 days, which Defendant asserts may moot some or all of the issues when finalized;

WHEREAS NID's agreement to the extension of Defendant's deadline to file a responsive pleading to the First Amended Complaint shall not be construed as agreement that the State Water Board has authority to act on NID's September 10, 2020 petition for reconsideration after the 90-day period set by Section 13330 of the California Water Code.  In entering into this stipulation, NID does not waive any argument or right related to the State Water Board's authority or jurisdiction to act on the petition for reconsideration or to the validity of any new or revised water quality certificate issued by the State Water Board in the future;

WHEREAS the parties now seek to extend the deadline for Defendant's responsive pleading by 120 days to June 2, 2024;

THEREFORE, the parties by and through their respective counsel, stipulate as follows:

1. Defendant's responsive pleadings will be due June 2, 2024.
2. In the event that the State Water Board acts on NID's administrative petition for reconsideration, this stipulation serves as Defendant's written consent to allow NID to amend the First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), but without prejudice to Defendant to move to dismiss any Second Amended Complaint;
3. This stipulation may be executed in counterpart originals and by facsimile or electronic signature, each of which shall be deemed to be an original, and all of which shall constitute one and the same document.

Dated:  January 26, 2024                             VAN NESS FELDMAN LLP


                                                       */s/ Jenna R. Mandell-Rice*
JENNA R. MANDELL-RICE
*Attorneys for Plaintiff*
*Nevada Irrigation District*

Dated: January 26, 2024                              ROB BONTA
Attorney General of California
ERIC M. KATZ
Supervising Deputy Attorney General


                                                       */s/ Jennifer Kalnins Temple*
JENNIFER KALNINS TEMPLE
Deputy Attorneys General
*Attorneys for Defendant Eric Oppenheimer*
*in his official capacity as Executive Director*
*of the State Water Resources Control Board*

**ORDER**

Based on the parties' stipulation, Defendant's responsive pleading will be due June 2, 2024.

IT IS SO ORDERED.

Dated:  January 26, 2024                             /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE