1  Rob Bonta
   Attorney General of California
2  Eric M. Katz
   Supervising Deputy Attorney General
3  Jennifer Kalnins Temple, State Bar No. 258637
   Kristin K. McCarthy, State Bar No. 328196
4  Deputy Attorneys General
     300 South Spring Street, Suite 1702
5    Los Angeles, CA 90013
     Telephone: (213) 269-6273
6    Fax: (916) 731-2128
     E-mail: Kristin.McCarthy@doj.ca.gov
7  *Attorneys for Defendant Eric Oppenheimer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEVADA IRRIGATION DISTRICT,** | 2:21-cv-00851-DJC-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| **ERIC OPPENHEIMER, in his official capacity as Executive Director of the California State Water Resources Control Board,** | Judge: Hon. Daniel J. Calabretta |
| | Action Filed: 12/04/2020 |
| Defendant. | |

**STIPULATION**

WHEREAS on December 4, 2020, Plaintiff Nevada Irrigation District (NID) filed its Complaint;

WHEREAS on September 22, 2021, Defendants Eileen Sobeck, et al., filed a Motion to Dismiss, or, in the alternative, Motion to Stay Plaintiff's Complaint on the grounds that this Court lacks jurisdiction to hear NID's claims because NID's claims are not ripe, because NID lacks Article III standing, and because the Eleventh Amendment immunizes Defendants from suit in federal court (ECF No. 37);

WHEREAS on December 6, 2023, the Court granted the motion in part and denied it in part (ECF No. 72), granting NID leave to amend within 30 days of the issuance of that Order;

WHEREAS NID filed a First Amended Complaint on January 5, 2024, which, among other things, substituted the State Water Resources Control Board's new Executive Director Eric Oppenheimer for the now-retired former Executive Director Eileen Sobeck;

WHEREAS, pursuant to rule 144 of the Local Rules, the Court approved the parties' first stipulation extending the deadline for Defendant's responsive pleading to February 2, 2024;

WHEREAS, pursuant to rule 144 of the Local Rules, the court approved the parties' second stipulation extending the deadline for Defendant's responsive pleading to June 2, 2024 (ECF No. 81);

WHEREAS Defendant is evaluating whether to file a motion to dismiss the First Amended Complaint;

WHEREAS on May 7, 2024, the State Water Resources Control Board (State Water Board) took public action on NID's administrative petition for reconsideration filed September 10, 2020, withdrawing the certification at issue in this lawsuit which Defendant asserts moots this lawsuit;

WHEREAS the statutory time period for any aggrieved party to file a motion for reconsideration of that administrative action, or for the State Water Board to reconsider that administrative action on its own motion, or for any aggrieved party to file a petition for writ of mandate in state court challenging that action runs from 30 days following said action (Wat. Code §§ 1124, 1126);

WHEREAS the effect of the State Water Board's May 7, 2024 action on this litigation is uncertain until the aforementioned statutory reconsideration and appeal periods have run;

WHEREAS the parties now seek to extend the deadline for Defendant's responsive pleading by 60 days to August 1, 2024, to allow the parties to meet and confer on the effect of the State Water Board's May 7, 2024 action on this litigation following the expiration of the statutory reconsideration and appeal periods;

THEREFORE, the parties by and through their respective counsel, stipulate as follows:

1. The parties will meet and confer, and by July 1, 2024, report back to the Court on the status of the litigation.
2. If the parties are not in agreement on the effect of the State Water Board's May 7, 2024 action on this litigation, Defendant's responsive pleading will be due August 1, 2024.
3. This stipulation may be executed in counterpart originals and by facsimile or electronic signature, each of which shall be deemed to be an original, and all of which shall constitute one and the same document.

Dated:  May 20, 2024

VAN NESS FELDMAN LLP

*/s/ Jenna R. Mandell-Rice*
JENNA R. MANDELL-RICE
*Attorneys for Plaintiff*
*Nevada Irrigation District*

Dated: May 20, 2024

ROB BONTA
Attorney General of California
ERIC M. KATZ
Supervising Deputy Attorney General

*/s/ Kristin K. McCarthy*
KRISTIN K. MCCARTHY
Deputy Attorneys General
*Attorneys for Defendant Eric Oppenheimer*
*in his official capacity as Executive Director*
*of the State Water Resources Control Board*

**ORDER**

Based on the parties' stipulation, by July 1, 2024, the parties will report back to the Court on the status of the litigation. If the parties are not in agreement on the effect of the State Water Board's May 7, 2024 action on this litigation, Defendant's responsive pleading is due August 1, 2024.

IT IS SO ORDERED.

Dated:  May 21, 2024         /s/ Daniel J. Calabretta
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE