1  ROB BONTA
   Attorney General of California
2  ERIC M. KATZ
   Supervising Deputy Attorney General
3  JENNIFER KALNINS TEMPLE, State Bar No. 258637
   KRISTIN K. MCCARTHY, State Bar No. 328196
4  Deputy Attorneys General
     300 South Spring Street, Suite 1702
5    Los Angeles, CA 90013
     Telephone: (213) 269-6273
6    Fax: (916) 731-2128
     E-mail: Kristin.McCarthy@doj.ca.gov
7  *Attorneys for Defendant Eric Oppenheimer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEVADA IRRIGATION DISTRICT,**<br><br>                              Plaintiff,<br><br>v.<br><br>**ERIC OPPENHEIMER, in his official capacity as Executive Director of the California State Water Resources Control Board,**<br><br>                              Defendant. | 2:21-cv-00851-DJC-CKD<br><br>**STIPULATION AND ORDER TO DISMISS**<br><br>Judge:          Hon. Daniel J. Calabretta<br><br>Action Filed:  12/04/2020 |

   WHEREAS on December 4, 2020, Plaintiff Nevada Irrigation District (NID) filed its Complaint;

   WHEREAS on September 22, 2021, Defendants Eileen Sobeck, et al., filed a Motion to Dismiss, or, in the alternative, Motion to Stay Plaintiff's Complaint on the grounds that this Court lacks jurisdiction to hear NID's claims because NID's claims are not ripe, because NID lacks Article III standing, and because the Eleventh Amendment immunizes Defendants from suit in federal court (ECF No. 37);

WHEREAS on December 6, 2023, the Court granted the motion in part and denied it in part (ECF No. 72), granting NID leave to amend within 30 days of the issuance of that Order;

WHEREAS NID filed a First Amended Complaint on January 5, 2024, which, among other things, substituted the State Water Resources Control Board's new Executive Director Eric Oppenheimer for the now-retired former Executive Director Eileen Sobeck;

WHEREAS, pursuant to rule 144 of the Local Rules, the Court approved the parties' first stipulation extending the deadline for Defendant's responsive pleading to February 2, 2024;

WHEREAS, pursuant to rule 144 of the Local Rules, the court approved the parties' second stipulation extending the deadline for Defendant's responsive pleading to June 2, 2024 (ECF No. 81);

WHEREAS on May 7, 2024, the State Water Resources Control Board (State Water Board) set aside the water quality certification at issue in this lawsuit and dismissed NID's September 10, 2020 petition for administrative reconsideration of the certification by adopting Order WQ 2024-0046;

WHEREAS the statutory time period for any aggrieved party to file a petition for writ of mandate for review of the State Water Board's May 7, 2024 administrative action ran from 30 days following said action (Wat. Code § 13330, subd. (a));

WHEREAS, no petitions for writ of mandate challenging that action were filed within the statutory time period, and under California law Order WQ 2024-0046 is no longer subject to judicial review (Wat. Code § 13330, subd. (a));

WHEREAS, administrative reconsideration by the State Water Board is not available for Order WQ 2024-0046 because the administrative reconsideration process applies only to actions or failures to act under authority delegated by the State Water Board, not action or failure to act by the five-member State Water Board itself. (Cal. Code Regs., tit. 23, § 3867, subds. (a)&(b));

WHEREAS, pursuant to rule 144 of the Local Rules, the court approved the parties' third stipulation requiring that the parties meet and confer and report on the effect of the State Water Board's Order WQ 2024-0046 on this litigation by July 1, 2024, and extending the State Water Board's responsive pleading deadline to August 1, 2024 (ECF No. 84);

WHEREAS, on June 27, 2024, the parties met and conferred on the effect of Order WQ 2024-0046 on NID's claims in the current action and have agreed that NID's claims in this action are moot;

THEREFORE, the parties, by and through their respective counsel, stipulate as follows:

1. NID hereby voluntarily dismisses all claims in this action without prejudice.
2. Each party agrees to bear its own costs and fees with regard to this action.
3. This stipulation may be executed in counterpart originals and by facsimile or electronic signature, each of which shall be deemed to be an original, and all of which shall constitute one and the same document.

**IT IS SO STIPULATED.**

Dated:  July 1, 2024

VAN NESS FELDMAN LLP

 /s/ Jenna R. Mandell-Rice

_____
JENNA R. MANDELL-RICE
*Attorneys for Plaintiff*
*Nevada Irrigation District*

Dated:  July 1, 2024

ROB BONTA
Attorney General of California
ERIC M. KATZ
Supervising Deputy Attorney General

 /s/ Kristin K. McCarthy

_____
KRISTIN K. MCCARTHY
Deputy Attorneys General
*Attorneys for Defendant Eric Oppenheimer*
*in his official capacity as Executive Director*
*of the State Water Resources Control Board*

**ORDER**

Based on the parties' stipulation, the case is hereby dismissed without prejudice. Each party is to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  July 2, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE